SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
DAVID DeJUTE (Cal. Bar No. 153527)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2574
Facsimile: (213) 894-7819
email: david.dejute@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNE MIDDLETON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL NASH, UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | No. 5:16-cv-1078-BRO-ASx<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. Beverly R. O'Connell |

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

Dated: May 23, 2017

MARK B. SIMOWITZ APC

*/s/ Mark B. Simowitz*
MARK B. SIMOWITZ
Attorneys for Plaintiff

Dated: May 23, 2017

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

*/s/ David A. DeJute*
DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for Defendant United States of America

**IT IS SO ORDERED.**

**DATED:** May 31, 2017

**UNITED STATES DISTRICT JUDGE**